1  MARC V. KALAGIAN
   ATTORNEY AT LAW: 149034
2  ROHLFING & KALAGIAN, LLP
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   TELE: 562/437-7006
4  FAX:  562/432-2935

5  Attorneys for Plaintiff JACQUELINE MILLER

6               UNITED STATES DISTRICT COURT
7               CENTRAL DISTRICT OF CALIFORNIA

8

9  JACQUELINE MILLER,           ) Case No.: CV 10-864 RC
                                )
10         Plaintiff,            ) [PROPOSED] ORDER FOR
                                ) DISMISSAL WITH PREJUDICE
11  v.                           )
                                )
12                               )
    MICHAEL J. ASTRUE,           )
13  COMMISSIONER OF SOCIAL       )
    SECURITY,                    )
14                               )
           Defendant.
15

16      Based upon the parties' Stipulation for Dismissal with Prejudice, and for
17 cause shown, IT IS ORDERED that the above captioned matter be dismissed with
18 prejudice.
19

20

21  Dated: 6/9/2010
22
                                        _____
23
                                        UNITED STATES MAGISTRATE JUDGE
24

25

-1-